DAYTON BAR ASSOCIATION *v.* SUSSER.

[Cite as *Dayton Bar Assn. v. Susser* (1993), 66 Ohio St.3d 69.]

(No. 92–1391—Submitted January 19, 1993—Decided April 7, 1993.)

70

*Jenks, Surdyk & Cowdrey Co., L.P.A.,* and *Nicholas E. Subashi,* for relator.

*Charles W. Kettlewell,* for respondent.

---

*Per Curiam.* We agree with the board's findings and recommendation. Accordingly, respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents and would indefinitely suspend respondent.